UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCHO DEL SOL NURSERIES, INC. and ROBERT D. BARCZEWSKI, individually and as Trustee of the Barczewski Family Trust,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, a Municipal Corporation and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Civil No. 06CV267-L(WMc)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE** |

　　　　Defendant City of San Diego file d a Motion to Dismiss Plaintiffs' Complaint for Lack of Subject Matter Jurisdiction.  Plaintiffs responded, and agreed to dismiss their complaint without prejudice, since another action is currently pending between the same parties in State court.  Accordingly, Defendant's motion to dismiss is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

　　　　**IT IS SO ORDERED**.

DATED:  November 13, 2006

　　　　　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

06c267

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL